BRODY, ADLER & KOCH COMPANY, Appellant, *v.* BELLA W. HOCHSTADTER et al., Respondents.

*Brody, Adler & Koch Co.* v. *Hochstadter,* 164 App. Div. 943, affirmed.

(Argued May 1, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1914, affirming a judgment in favor of defendants entered upon a verdict directed by the court. The action was brought by the purchaser under a contract for the sale and purchase of real property to recover from the vendors the down payment of $5,000 and expenses incurred, on the ground that the title tendered was defective. Defendants' answer included a counterclaim praying for specific performance. A defect was claimed in the title on account of the invalidity of certain foreclosure proceedings through which defendants had derived title.

*Lewis M. Isaacs* for appellant.

*Henry M. Bellinger, Jr.,* and *Sol Kohn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.